IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON PAUL SCHAEFER,

    Plaintiff,

v.

MULTNOMAH COUNTY, et al.,

    Defendants.

Case No. 3:18-cv-00039-SI

ORDER

SIMON, District Judge.

Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. A party seeking to institute a civil action shall pay a filing fee of $400.00, a figure which includes a $50.00 Judicial Administrative Fee. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). A prisoner

granted leave to proceed *in forma pauperis* may be required to pay an initial partial filing fee and shall be required to make monthly payments toward satisfaction of the $350.00 filing fee when sufficient funds are credited to his trust account.[1] 28 U.S.C. § 1915(b).

Plaintiff has neither submitted the filing fee nor moved to proceed *in forma pauperis*. Accordingly, should Plaintiff wish to continue with this case, he must submit the requisite filing fee or an application to proceed *in forma pauperis* within 30 days of the date of this Order. Plaintiff's failure to do so shall result in the dismissal of this proceeding.

IT IS SO ORDERED.

DATED this 17th day of January, 2018.

Michael H. Simon
United States District Judge

---

[1] The $50.00 Judicial Administrative Fee does not apply to habeas corpus proceedings or to plaintiffs granted *in forma pauperis* status under 28 U.S.C. § 1915. As a result, civil rights plaintiffs granted *in forma pauperis* status are required to pay only $350.00 over time as funds become available.

2 - ORDER